**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 11 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRIDGET L KOTLYARSKY on behalf of herself
and all other similarly situated consumers

                                Plaintiff,

           -against-

FORSTER & GARBUS LLP

                                Defendant.

---

1:17-cv-03247

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
         January 8th, 2018

/s/ Igor Litvak
Igor Litvak, Esq.
The Litvak Law Firm, PLLC
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
Facsimile: (718) 989-2908
E-mail: Igor@LitvakLawNY.com

Dated: New York, New York
         January 8th, 2018

/s/ Robert L. Arleo
Robert L. Arleo, Esq.
Robert L. Arleo, Esq. P.C.
Attorney for the Defendant
380 Lexington Avenue, 17th Floor
New York, NY 10168
Office: (212) 551-1115
(518) 751-1801
e-mail: robertarleo@gmail.com

The application is _____ granted. _____ denied.

SO ORDERED

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: January 9, 2018
Brooklyn, New York